429 A.2d 105

Commonwealth v. Spearman, Appellant.

Submitted March 23, 1979. John W. Packel, Chief Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Affirmed.